GLC FINANCIAL
3200 NW 82nd Ave # 203
Margate, FL 33063
Phone: 844-368-9217
Fax: 954-340-9987

# Fax

To: _____        From: _GIC_____

Fax: _713-583-9296_                 Pages: _2_

Phone: _713-270-4833_               Date: _1-20-15_

Re: _Client Melissa P_              cc:

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

# GLC Financial

3200 NW 62ND AVE #203 MARGATE, FLORIDA 33063
PHONE 844-368-9217

January 20, 2015

**MELISSA A PATTERSON**
**4318 W CORDOBA CIR**
**GEORGETOWN, TX 78628-1614**



ACA
INTERNATIONAL
The Association of Credit
and Collection Professionals

Status: Balance Due
ID: RET1718
Original Creditor: BEST BUY CO INC
Original Account Number: 7021270347934019
Balance: $4,829.35

Dear Melissa A Patterson,

    GLC Financial has offered you an opportunity to pay the amount due to satisfy your delinquent account. This settlement-in-full shall be in the total amount of **$2,414.68. Please be aware that all of your rights and obligations in concern with this debt have been assigned to this office.**

    In order to complete the restitution you have set up, you must follow this schedule for payment:

$2,414.68 due on or before February 28, 2015

    **Upon clearance of funds, your account will be considered paid in full.** If the payment referenced above does not clear for any reason, we will consider this arrangement null and void and the balance in full will be due within 3 business days from the point of the delinquency. All payments are non-refundable and all transactions are considered final.

    If you have any questions relative to the above referenced settlement, please do not hesitate to contact our office toll free at 1-844-368-9217, Monday through Friday 10:00am - 6:30pm EST. **Please refer to the ID number indicated above.**

    Federal law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.

Sincerely,

Kathleen O'Brien
Operations Manager



**Fighting For Fair Consumer Collections**

       This communication is from a debt collector. Unless you notify us in writing within 30 days after receipt of this letter that the validity of this debt or any portion of it is disputed, we will assume that the debt is valid. If you do not notify us of a dispute, we will obtain verification of the debt and mail it to you. Also upon written request within 30 days we will provide you with the name and address of the original creditor, if different from the current creditor. Federal law requires we notify you this is an attempt to collect a debt and any information obtained will be used for that purpose.